```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11281
    LINDA A WALSKI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-6788
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/25/07 and confirmed on 09/13/07.

2. The case was converted to Chapter 7 after confirmation, 08/26/2008.

3. The Debtor paid a total of $ 4500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 24121.48 | .00 | 1278.00 |
| JOHN D MIKUZIS MD | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY PROSKE MD | UNSECURED | 212.32 | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| KATHLEEN MCCAHILL MD | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOLOGIST C | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH R KARCAVICH MD | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST RESPIRATORY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NEWSOME REHABILITATION C | UNSECURED | 1015.81 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE CYCLE PARTNERS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RJM ACQUISITIONS LLC | UNSECURED | 26.39 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24121.48 | .00 | 1254.52 | .00 | 25376.00 |
| PRINCIPAL PAID | 1278.00 | .00 | .00 | .00 | 1278.00 |

```
INTEREST PAID                    .00           .00           .00           .00           .00
TOTAL PAID                   1278.00           .00           .00           .00       1278.00
```

The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $    222.00 .

Refunds to the Debtor totaled $       .00 .

　　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　　Dated: 11/13/08                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE